# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-02694/1960589412

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Donald Robert Tillotson and Claudia Elena Tillotson<br><br>Debtors.<br><br>JP Morgan Chase Bank, NA successor by merger with Bank One, NA<br><br>Movant,<br>vs.<br><br>Donald Robert Tillotson and Claudia Elena Tillotson, Debtors; Diane M. Mann, Trustee.<br><br>Respondents. | No. 2:09-bk-01163-GBN<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>4195 S. Martingale Rd.<br>Gilbert, AZ 85297 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 9th day of February, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Donald Robert Tillotson and Claudia Elena Tillotson filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Diane M. Mann was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

Lot 22, Windmill Ranch, according to Book 538 of Maps, page 26, records of Maricopa County, Arizona.

Debtors executed a Note secured by a Deed of Trust, dated November 4, 2005, recorded in the office of the Maricopa County Recorder's Office. True copy of the Deed of Trust is annexed as Exhibit "A", respectively, and made a part hereof by this reference. Movant is the Assignee of the Deed of Trust.

Debtors are in default on their obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after May 1, 2008.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtors and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtors Schedule "A" is

$260,000.00, less ten percent (10%) cost of marketing, less the first secured lien resulting in no equity. A true and correct copy of the Debtor's Schedule "A" is attached hereto as Exhibit "B".

Debtors are indebted to JP Morgan Chase Bank, NA successor by merger with Bank One, NA for the total debt owed in the approximate amount of $313,952.18, through January 23, 2009, plus accruing interest, costs, and attorney fees.

Further, Movant seeks relief for the purpose of foreclosing its mortgage against the Debtor's interest in the real property located at 4195 S. Martingale Rd., Gilbert, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 9th day of February, 2009.

                            TIFFANY & BOSCO, P.A.

                            By  /s/ MSB # 010167
                                Mark S. Bosco
                                Leonard J. McDonald
                                2525 East Camelback Road, Suite 300
                                Phoenix, Arizona 85016
                                Attorneys for Movant